JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANIEL BELMONTE, | Case No. CV 14-6842-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| W.L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Court's Opinion and Order,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated:  October 9, 2015

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge